AO 91 (Rev 8/01) Criminal Complaint    Case 7:16-cr-01465   Document 1   Filed in TXSD on 10/04/16   Page 1 of 1

United States District Court
Southern District of Texas
FILED

OCT - 4 2016

David J. Bradley, Clerk

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Jansel Joel ZAMORA-Mata

## CRIMINAL COMPLAINT

Case Number: **M-16-01837-M**

AKA:
    IAE     YOB: 1990
    Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 2, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
(Track Statutory Language of Offense)

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On October 2, 2016, Jansel Joel ZAMORA-Mata a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on October 3, 2016. Record checks revealed the defendant was formally removed from the United States to Mexico for the second (2nd) time on November 23, 2011 via the Del Rio, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about November 23, 2014 by wading the Rio Grande River at or near Los Ebanos, Texas. On April 15, 2010, the defendant was convicted of Conspiracy to Transport Unlawful Aliens and sentenced to eight (8) months to the custody of the United States Bureau of Prisons with a Supervised Release Term of 3 years.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA K. Reese

_Signature of Complainant_

**Jessamyn Murphy**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

at **McAllen, Texas**
City and State

**Oct. 4, 2016**
Date

**Peter E. Ormsby**     **U.S. Magistrate Judge**
Name and Title of Judicial Officer

_Signature of Judicial Officer_